THE PEOPLE OF THE STATE OF NEW YORK *v.* THE GLOBE MUTUAL LIFE INSURANCE COMPANY.

(Argued March 3, 1885; decided March 10, 1885.)

*J. Herzfeld* for appellant.

*Alex. Cameron* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

REUBEN HALL, Appellant, *v.* THE CITY OF BUFFALO, Respondent.

(Submitted March 3, 1885; decided March 10, 1885.)

*Eugene V. Chamberlain* for appellant.

*Herman Hennig* for respondent.

Agree to dismiss appeal; no opinion.
All concur.
Appeal dismissed.

---

LOUIS A. WAGNER, Respondent, *v.* JOHN HODGE et al., ROBERT C. MARTIN, Purchaser, Appellants.

(Submitted March 3, 1885; decided March 10, 1885.)

*George S. Hamlin* for appellants.

*Lewis Sanders* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.